THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| GRANT COLLRAM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>6G MANAGEMENT SERVICES, INC.,<br><br>Defendant. | **ORDER GRANTING [33] STIPULATED DISMISSAL**<br><br>Case No. 2:20-cv-00530-DBB-DAO<br><br>District Judge David Barlow |

The court, having considered the parties' Stipulation of Dismissal,[1] and for good cause shown, hereby ORDERS that this matter be dismissed with prejudice and that each party shall bear its own costs and attorney's fees.

Signed August 19, 2022.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 33, filed Aug. 18, 2022.